IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARVETTE SMITH, NATALIE HODOROVYCH, ERIN BOX, and BLAKE BREZINSKY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FAMILY VIDEO MOVIE CLUB, INC.,<br><br>    Defendant. | Judge John Z. Lee<br><br>Magistrate Judge Cole<br><br>Case No. 1:11-cv-01773 |

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL AND RESET STATUS HEARING DATES

  Plaintiffs, Darvette Smith, Natalie Hodorovych, Erin Box, and Blake Brezinsky ("Plaintiffs") and Defendant Family Video Movie Club, Inc, by their attorneys jointly move for entry of an order extending the deadline to file a motion for preliminary approval and continuing the next status hearing, and in support thereof, state as follows:

  1. On June 5, 2017, the parties reiterated to the Court that they had reached an agreement in principle on a proposed settlement that would resolve all claims in this matter. At that time the Parties respectfully requested until July 10, 2017, to prepare and execute a formal settlement agreement and file a motion for preliminary approval, as well as all related settlement papers. The Court granted the parties' request.

  2. Since that time, Plaintiffs' counsel has completed the labor-intensive process of reviewing Family Video's records, including data contained in approximately 30,000 pages of payroll and time card documents, many of which are in individual PDF and paper form. The

parties also have drafted a proposed settlement agreement, postcard notice, and long-form notice. The parties, however, have not reached finalized some of the details of the settlement agreement, and are awaiting client approval on other terms. The parties expect that they will soon reach an accord on all of the settlement agreement terms and are cooperatively working to obtain competitive bids form claims administrators.

3. The parties are confident they will be able to resolve any remaining open issues and sign the settlement papers over the next 21 days, and anticipate being able to file preliminary settlement papers no later than August 10, 2017.

4. Under the circumstances, the parties jointly request that the Court continue the status hearing currently scheduled for July 20, 2017 at 9:00 a.m. until the hearing date when the motion for preliminary approval is presented.

Dated: July 10, 2017  Respectfully submitted,

GIRARD GIBBS, LLP

By: /s/ *Eric H. Gibbs*

Eric H. Gibbs (*pro hac vice*)
David M. Berger (*pro hac vice*)
Scott Grzenczyk (*pro hac vice*)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
dmb@girardgibbs.com
smg@girardgibbs.com

Elizabeth A. Fegan
Daniel J. Kurowski
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive,
Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949

       Facsimile: (708) 628-4950
       beth@hbsslaw.com
       dank@hbsslaw.com

*Attorneys for Plaintiffs*


FAMILY VIDEO MOVIE CLUB, INC

By: */s/ Joel Griswold*

   Joel Griswold
   John C. McIlwee
   BAKER & HOSTETLER, LLP
   191 North Wacker Drive
   Suite 3100
   Chicago, IL  60606-1901
   T: 312.416.6200
   F: 312.416.6201

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2017, I caused the foregoing *Joint Motion to Extend the Deadline to File a Motion For Preliminary Approval and Reset Status Hearing Dates* to be served on all counsel of record via CM/ECF filer for the U.S. District Court for the Northern District of Illinois.

/s/ *Eric H. Gibbs*