IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARVETTE SMITH, NATALIE HODOROVYCH, ERIN BOX, and BLAKE BREZINSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAMILY VIDEO MOVIE CLUB, INC.,<br><br>Defendant. | Judge John Z. Lee<br><br>Magistrate Judge Cole<br><br>Case No. 1:11-cv-01773 |

## AGREED MOTION TO EXTEND THE DEADLINE TO FILE AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs, Darvette Smith, Natalie Hodorovych, Erin Box, and Blake Brezinsky ("Plaintiffs") and Defendant Family Video Movie Club, Inc, by their attorneys jointly move for entry of an order extending the deadline to file an amended motion for preliminary approval of class and collective action settlement, and in support thereof, state as follows:

1. On September 1, 2017, the Court denied without Prejudice Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement, and allowed the Parties until September 22, 2017 to file an amended motion.

2. The Parties have addressed the concerns raised by the Court during the September 1, 2017 hearing and are awaiting the return of a fully executed amended settlement agreement.

3. Under the circumstances, the parties jointly request that the Court extend the time for filing the amended motion for preliminary approval of class and collective action settlement by five (5) days, until September 27, 2017, so that they may file a fully executed settlement

agreement as part of the amended motion for preliminary approval.

Dated: September 22, 2017

Respectfully submitted,

GIRARD GIBBS, LLP

By: /s/ David M. Berger

Eric H. Gibbs (*pro hac vice*)
David M. Berger (*pro hac vice*)
Scott Grzenczyk (*pro hac vice*)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
dmb@girardgibbs.com
smg@girardgibbs.com

Elizabeth A. Fegan
Daniel J. Kurowski
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

*Attorneys for Plaintiffs*

FAMILY VIDEO MOVIE CLUB, INC

By: /s/ Joel Griswold
       One of Its Attorneys

Joel Griswold
John C. McIlwee
BAKER & HOSTETLER, LLP
191 North Wacker Drive

2

Suite 3100
Chicago, IL 60606-1901
T: 312.416.6200
F: 312.416.6201

3

607830138.2